■ CAROL D. PELLACH, Appellant, v AVSHALOM PELLACH,
Respondent.—Order, Supreme Court, Bronx County (Bertram
Katz, J.), entered November 14, 1991, which denied plaintiff's
motion for an order reopening the maintenance and support
hearing before the Special Referee and for a direction that
defendant submit to a physical examination, unanimously
modified, on the law and the facts and in the exercise of
discretion, only to the extent of reopening the record before
the Special Referee to permit plaintiff to subpoena the records
of the twelve bank accounts listed in her moving papers and,
as so modified, otherwise affirmed, without costs.

Although this action for divorce has been pending since
1988, the IAS Court found that the four year delay was caused
in large part by the defendant's frequent change of attorneys.
Under the circumstances, particularly in light of plaintiff's
allegation that her prior attorney refused her request to
subpoena the bank accounts, the whereabouts of which plain-
tiff claims she has only recently discovered, the court should
have reopened the record before the Special Referee to the
limited extent now granted in order to permit full disclosure
of defendant's finances.

Otherwise, we find the court's denial of plaintiff's request for a physical examination of defendant a proper exercise of its discretion and note that defendant was adjudged permanently disabled by the Workers' Compensation Board. Concur —Murphy, P. J., Ellerin, Kupferman, Kassal and Rubin, JJ.